

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00353-CV

---

JORGE NOE MUSULE TREVINO, APPELLANT

V.

GUADALUPE HERNANDEZ AND SONIA HERNANDEZ, APPELLEES

---

On Appeal from the County Court at Law No. 2
Travis County, Texas[1]
Trial Court No. C-1-CV-24-003896, Honorable Todd T. Wong, Presiding

---

February 25, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Jorge Noe Musule Trevino, proceeding pro se, appeals from the trial court's *Judgment and Writ of Possession.* Trevino's brief was due January 8, 2025, but was not filed. By letter of January 16, 2025, we notified Trevino that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

received by January 27. To date, Trevino has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam